UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MELISSIA HAYS,

      Plaintiff,

v.

      Case Number 4:06-cv-00011-RRB

THE STATE BANK OF WILEY, et al.,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_   **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is DISMISSED with prejudice.

APPROVED:

REDACTED SIGNATURE

RALPH R. BEISTLINE
United States District Judge

4/13/06
Date

      Ida Romack
      Clerk of Court

      (By) Deputy Clerk

[hays 11 judgment.wpd]{JMT.WPT*Rev.1/97}